IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Stephanie Swint, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0480 |
| | | And Consolidated Abuelo Cases: |
| v. | : | 2:12-cv-0543  (Sowell) |
| | | 2:13-cv-0124  (Miller) |
| Food Concepts International, LP, *et al.* , | : | 2:13-cv-0125  (Crozier) |
| | | 2:13-cv-0126  (Coleman) |
| Defendants | : | 2:13-cv-0127  (Gibbs) |
| | | 2:13-cv-0129  (Johnson) |
| | : | 2:13-cv-0130  (Troyer) |
| | | 2:13-cv-0131  (Autrey) |
| | : | 2:13-cv-0132  (Tigner) |
| | | 2:13-cv-0133  (McEldowney) |
| | : | 2:13-cv-0134  (Keegan) |
| | : | Judge Marbley |
| | : | Magistrate Judge Abel |

## Order

Plaintiffs' June 10, 2013 motions for a continuance (doc. 45 in case no. 2:12-cv-00543; doc. 18 in case no. 2:13-cv-00124; doc. 20 in case no. 2:13-cv-00125; doc. 19 in case no. 2:13-cv-00126; doc. 20 in case no. 2:13-cv-00127; doc. 18 in case no. 2:13-cv-00129; doc. 21 in case no. 2:13-cv-00130; doc. 19 in case no. 2:13-cv-00131; doc. 19 in case no. 2:13-cv-00132; doc. 19 in case no. 2:13-cv-00133; doc. 18 in case no. 2:13-cv-00134) are GRANTED.

Counsel are DIRECTED to provide the court with a proposed schedule within ten (10) days of plaintiff's counsel return to Ohio.

s/Mark R. Abel
United States Magistrate Judge